# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Name and Office of Person Furnishing Information on THIS FORM:** CHUCK ROSENBURG, USA
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** SAMUEL J. LOUIS, AUSA

**DEFENDANT – U.S. vs.**
JAMES GEORGE

*Un Sealed — Public and unofficial staff access to this instrument are prohibited by court order.*

Address: [redacted]
Birth Date: [redacted]
☒ Male  ☐ Female  ☐ Alien (if applicable)
Social Security Number: [redacted]

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** SA Doug Mason/FDA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y  ☐ Defense   SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under   MAG. JUDGE CASE NO.

**Place of offense:** Southern District of _____
☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Ct 1: Conspiracy [18 USC § 371]
Ct 2: Food Drug & Cosmetic Act [21 USC § 331(a)]
Ct 3 & 4: Food Drug & Cosmetic Act [21 USC § 331(i)]
Ct 5: Knowingly Importing a Drug [21 USC § 333(b)(1)(A)]

**PENALTY:**
Ct 1: 5 years imprisonment, $250,000 fine, 3 years SRT
Ct 2: 3 years imprisonment, $10,000 fine
Ct 3 & 4: 3 years imprisonment, $10,000 fine
Ct 5: 10 years imprisonment, $250,000 fine

$50,000 /10%

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)