**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| JAMES GEORGE | § |
| | § |

H-05-346S

Melinda Harmon
**Judge**

H. Tipper     Fred Warner
**Courtroom Clerk     Court Reporter**

Jury Trial
**Proceeding**

Government
**Exhibit List of**

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1 | Tape recording of call on November 18, 2004 to James George telephone number 832 275-8411. | ✓ | | ✓ | | 5/22 06 |
| 2 | Transcript of telephone call on November 18, 2004. | ✓ | | ✓ | | 5/22 06 |
| 3 | Tape recording of call on December 9, 2004 to James George telephone number 832 275-8411. | ✓ | | ✓ | | 5/22 06 |
| 4 | Transcript of telephone call on December 9, 2004. | ✓ | | ✓ | | 5/22 06 |
| 5 | Tape recording of call on December 13, 2004 at 8:28 am to James George telephone number 832-275-8411. | ✓ | | ✓ | | 5/22 06 |
| 6 | Transcript of telephone call on December 13, 2004 at 8:28am. | ✓ | | ✓ | | 5/22 06 |
| 7 | Tape recording of call on December 13, 2004 at 10:00am to James George telephone number 832-275-8411. | ✓ | | ✓ | | 5/22 06 |

| | | OFFER | OBJ | Admit | N/ADMIT | Date |
|---|---|---|---|---|---|---|
| 8 | Transcript of telephone call on December 13, 2004 at 10:00 am. | ✓ | | ✓ | | 5/22 06 |
| 9 | Airway Bill dated November 2, 2004. | ✓ | | ✓ | | 5/22 06 |
| 9A | Airway Bill (#2) dated November 2, 2004. | ✓ | | ✓ | | 5/22 06 |
| 10 | Invoice which describes package as containing Health Food. | ✓ | | ✓ | | 5/22 06 |
| 11 | Evidence log dated November 22, 2004. | ✓ | | ✓ | | 5/22 06 |
| 12 | Package containing counterfeit 100mg Viagra tablets in bottles. | ✓ | | ✓ | | 5/22 06 |
| 13 | Package containing counterfeit 100mg Viagra tablets in blisterpacks. | ✓ | | ✓ | | 5/22 06 |
| 14 | Packages containing counterfeit 20mg Cialis tablets in blisterpacks. | ✓ | | ✓ | | 5/22 06 |
| 15 | Email communications regarding purchase of counterfeit drugs | ✓ | | ✓ | | 5/22 06 |
| 16 | Excerpts from Pfizer Lab Report indicating substance counterfeit. | ✓ | | ✓ | | 5/23 06 |
| 17 | Counterfeit Viagra tablets analyzed by Pfizer personnel | ✓ | | ✓ | | 5/23 06 |
| 18 | Excerpts from Eli Lilly Lab Report indicating substance counterfeit. | ✓ | | ✓ | | 5/23 06 |
| 19 | Counterfeit Cialis tablets analyzed by Eli Lilly | ✓ | | ✓ | | 5/23 06 |
| 20 | Pharmacy Board Records for James George. | ✓ | | ✓ | | 5/23 06 |
| 21 | Drug Review for Viagra purchased on 11/17/04 | ✓ | | ✓ | | 5/22 06 |
| 22 | Drug Review for Cialis purchased on 12/8/04 | ✓ | | ✓ | | 5/22 06 |
| 23 | Price Comparison | ✓ | | ✓ | | 5/22/06 |
| | | | | | | |