IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

U.S.A.

VS.

James George

CA/CR NO. H-05-346

JUDGE Harmon

COURTROOM CLERK Tippen

COURT REPORTER Fred Warner

PROCEEDING Jury Trial

EXHIBIT LIST OF Defense

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADMIT |
|---|---|---|---|---|---|
| 1 | Email regarding Web site that he was ~~accused~~ advertising e-mail | ✓ | | 5/23 06 | |
| 2 | Drug Usage for Cialis from 3/1/03 - 7/31/05 | ✓ | | 5/23 06 | |
| 3 | Drug Usage for Viagra from 3/1/03 - 7/31/05 | ✓ | | 5/23 06 | |